1 BENJAMIN B. WAGNER
United States Attorney
2 SAMUEL WONG
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2772

5 Attorneys for Plaintiff
United States of America

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO. 2:14-MJ-246-KJN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE |
| v. | Court: Hon. Edmund F. Brennan |
| GABRIEL SILVA-SOTO, | |
| Defendant. | |

17   Whereas, there is a preliminary hearing presently set in the above-captioned case on

18 November 5, 2014, at 2:00 p.m.;

19   Whereas, plaintiff United States of America desires a one-day extension to November 6, 2014, of

20 the deadline within which to hold a preliminary hearing, so that the United States may seek an

21 Indictment against defendant Gabriel Silva-Soto on November 6, 2014, and obviate the need for a

22 preliminary hearing;

23   Whereas, Silva-Soto voluntarily consents to the additional one-day extension of time within

24 which to hold his preliminary hearing within the meaning of Fed. R. Crim. P. 5.1(c) and (d) ,

25 ///

26 ///

27 ///

28

It is hereby stipulated by and between the United States and Silva-Soto, through their respective counsel, that the presently set November 5, 2014, at 2:00 p.m., preliminary hearing shall, subject to the approval of the Court, be continued until November 6, 2014, at 2:00 p.m.

Dated:  November 4, 2014          /s/ Brad Weston

_____
BRAD WESTON
Attorney for Defendant
Gabriel Silva-Soto
(per email authorization)


Dated:  November 4, 2014          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Samuel Wong
                             By:  _____
                                  SAMUEL WONG
                                  Assistant U.S. Attorney

**ORDER**

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court -- taking into account the public interest in the prompt disposition of criminal cases -- adopts the stipulation of the parties in its entirety.  The Court specifically finds good cause, based on the stipulation of the parties, that the preliminary hearing shall be continued from November 5, 2014, at 2:00 p.m., until November 6, 2014, at 2:00 p.m.

It is so ORDERED.

Dated:  November 4, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE